# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

PEDRO PEREZ JR.                                                    PLAINTIFF

v.                              No. 3:23-cv-83-DPM

FRED BYRD; TONY BYRD,
City Worker, City of Luxora;
ALBERT WRIGHT, Police
Chief, Luxora; and BROWN,
Mayor, Luxora                                                      DEFENDANTS

## JUDGMENT

Perez's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2023